UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:16-cr-184-Orl-37GJK

MAREK HARRISON; BRIAN ALLARD;
and SCOT ROUNDS.

_____

**ORDER**

In this complex bank fraud action, the Government seeks to exclude certain evidence proffered by Defendants Brian Allard ("**Allard**") and Scot Rounds ("**Rounds**"). (Doc. 43 ("**Motion**").) Specifically, it requests an Order prohibiting Allard and Rounds from offering evidence and argument at trial alleging that the victim banks were negligent, failed to exercise due diligence in the underwriting process, or acted carelessly with respect to documents that contained misrepresentations ("**Negligence Evidence**"). (*See id.* at 1.) On April 17, 2017, Allard filed a response.[1] (Doc. 45 ("**Response**").) In his Response, Allard admits that the Eleventh Circuit's decision in *United States v. Powell*, 509 F. App'x 958 (11th Cir. 2013)[2] forecloses his ability to proffer the Negligence Evidence. (*Id.*) As such, he no longer opposes the Motion. (*Id.*) In light of Allard's Response, the

---

[1] The Government previously represented that Rounds does not object to the Motion. (*See* Doc. 43, p. 1.)

[2] While unpublished opinions are not binding precedent, they may be considered as persuasive authority. *See* 11th Cir. R. 36-2; *see also United States v. Almedina*, 686 F.3d 1312, 1316 n.1 (11th Cir. 2012).

Court finds that the Motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The United States' Motion in Limine to Exclude Defense Evidence and Argument of Lender Negligence (Doc. 43) is **GRANTED**.

2. Defendants Brian Allard and Scot Rounds are **PRECLUDED** from proffering evidence and argument at trial alleging that the victim banks were negligent, failed to exercise due diligence in the underwriting process, or acted carelessly with respect to documents that contained misrepresentations.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 19, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record